# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/22/2015 8:05:23 AM
PAM ESTES
Clerk

Court of Appeals No. (If known):     **12-15-00202-CR**

Trial Court Style:     The State of Texas v. Charles Bennett, Sr.

Trial Court & County:     349th Judicial District, Anderson County, Texas
  Trial Court No.:    05CR-051

Date Trial Clerk's Record Originally Due:
Date Court Reporter's/Recorder's Record Originally Due:  11.20.2015

Anticipated Number of Pages of Record:  900 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:

- Other.  (Explain.):  I am respectfully asking for an extension to file this record as I am working on so many at one time.  I have some time off and am diligently trying to finish them all.  This record falls behind the following appellate cases:  ITIO A.D.G.H (accelerated appeal), 12-15-00233-CR State v. Mullinnix.
Also I have several cases due that are not appeals, but still need to be out timely:  ITIO Champagne, 15CR-057 & -059 State v. Murdoch (M/Suppress), DCCV15-258-349 M/M Morris
I have obtained help in hiring a scopist and am trying desperately to catch up on it all.  Everything seems to be due right on top of one another and I am trying to get to a manageable spot again.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  January 21, 2016,  and **I hereby request an additional  30  days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date    12.21.2015                                    Signature:_____
Office Phone Number:  903.723.7415          Printed Name:  Misty McAdams, CSR

mcadams349@windstream.net
E-mail Address                                            Official Reporter, 349th Judicial District
                                                                    Anderson & Houston County, Texas

The following parties have been served with a copy of this document:

MS. DONNA GORDON KASPAR                    MR. MARK W. CARGILL
ANDERSON COUNTY D.A.                        ATTORNEY AT LAW
ATTORNEY FOR THE STATE                      ATTORNEY FOR THE DEFENDANT
via: email only                            via:  email only

_____
Misty McAdams, CSR
Official Reporter, 349th Judicial District
Anderson & Houston County, Texas
500 North Church,  Room 30
Palestine, TX  75801
903.723.7415
mcadams349@windstream.net